UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GINA SIMMONS,

Plaintiff,

v.

PROPERTY RECEIVABLES, CORP.,

Defendant.

No. 1:26-cv-4046-EPG

ORDER GRANTING JOINT STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT

(ECF No. 12)

On September 2, 2026, the parties filed a stipulation to set aside the Clerk's Entry of Default entered on August 28, 2026. (ECF Nos. 10, 12). The stipulation provided the following:

> IT IS HEREBY STIPULATED between Plaintiff GINA SIMMONS ("Plaintiff") and Defendant PROPERTY RECEIVABLES, CORP ("Defendant") (Plaintiff and Defendant are hereinafter collectively referred to as, the "Parties"), through their respective counsel, that they jointly request that the entry of default against Defendant on August 28, 2026, be set aside. As set forth as follows, good cause exists for this request:
>
> 1. On August 28, 2026, the Court entered Default against Defendant.
> 2. On August 31, 2026, the Court ordered Plaintiff to move for default judgment against Defendant on or before September 30, 2026.
> 3. Good cause exists for the Court to set aside the Default entered against Defendant. Defendant never received service of the lawsuit and was unaware of it until August 28, 2026 when notified of it by Plaintiff's Counsel. This was likely due to an error in the transmission of the service documents from its registered agent. Upon notification from Plaintiff's Counsel of the lawsuit, counsel for Defendant immediately contacted Plaintiff's counsel, explained the error, and requested that Plaintiff agree to stipulate to have the Default set aside. Defendant acted promptly, and no prejudice to any party will result from setting aside the default and allowing the matter to be heard on the merits.
> 4. Plaintiff agrees to set aside the entry of default, which was entered on August 28, 2026. 5. The parties respectfully request that the Court set aside the default and allow Defendant to respond to the complaint with 10 days from any order that may be issued by this Court

allowing the default to be set aside.

(ECF No. 12 at 1-2).

Upon consideration, the Court shall grant the parties' joint stipulation to set aside the Clerk's Entry of Default. (ECF No. 12) As such, the Clerk's Entry of Default (ECF No. 10) against Property Receivables Corp. entered on August 28, 2026, is hereby VACATED.

Additionally, Defendant shall file and serve a response to the Plaintiff's complaint no more than twenty-one (21) days from the date of this order.

IT IS SO ORDERED.

Dated: **September 3, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE